# THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 MAY 23 P 3 55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In re:

Edwin Rockwood
    Debtor(s)

Case No. 04-30579-WRS
Chapter 7

Susan S. DePaola, Trustee
    Plaintiff

VS.

Adversary No. 04-03037

Pelham Henry
    Defendant

## TRANSMITTAL OF APPEAL

I do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On**:      May 23, 2005

**Notice of Appeal Filed**:      **April 30, 2005**

**Contents of Record**:
**Designated Items of Appellant(s)**
Designated Items of Appellee(s)

**Remarks**:
Filing Fee Paid      April 30, 2005   ($255.00)

**PLEASE RETURN A "RECEIVED" STAMPED
COPY OF THIS SUBMISSION SHEET**

FROM: /s/ Richard S. Oda, Clerk
        United States Bankruptcy Court