# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTERN DIVISION

IN RE: EDWIN RICK WOOD. DEBTOR

| | | |
|---|---|---|
| **SUSAN S. DEPAOLA, TRUSTEE,** | § § | |
| PLAINTIFF. | § § | CASE NUMBER: 04-30579 |
| V. | § § | CHAPTER 7 |
| | § § | **ADVERSARY PROCEEDING** |
| **PELHAM HENRY.** | § § | **NO. 04-03037** |
| DEFENDANT. | § § | |

## NOTICE OF APPEAL

COMES NOW the Defendant in the above-styled cause. Pelham Henry. by and through counsel. and pursuant to 28 U.S.C. §158(a) files herewith this Honorable Court this notice of appeal from the final Order of the Bankruptcy Court entered April 21. 2005, granting the Plaintiff's Motion for Summary Judgment.

The names of all parties to the judgment appealed from and the names. addresses and telephone numbers of their respective counsel are as follows:

1. **PLAINTIFF/TRUSTEE**
   Honorable Susan S. DePaola

   **COUNSEL FOR PLAINTIFF**
   Honorable Leonard N. Math
   Chambless Math. P.C.
   Post Office Box 230759
   Montgomery. Alabama 36123
   Telephone: (334) 272-2230
   Facsimile: (334) 272-1955

2.  **DEFENDANT**
    Pelham Henry

    **COUNSEL FOR DEFENDANT**
    Honorable Richard D. Lively
    364 East Main Street
    Prattville, Alabama 36067
    Telephone: (334) 491-4911
    Facsimile: (334) 491-4922

Respectfully submitted this the 30th day of April, 2005.

/s/ Richard D. Lively
RICHARD D. LIVELY (LIV012)
Attorney for Defendant Pelham Henry

**OF COUNSEL:**
**LAW OFFICE OF RICHARD D. LIVELY**
364 East Main Street
Prattville, Alabama 36067
Telephone: (334) 491-4911
Facsimile: (334) 491-4922

Certificate of Service

I herby certify that I have this the 30th day of April, 2005, served a copy of the foregoing Notice of Appeal upon the Plaintiff, Honorable Susan S. DePaola, Trustee, by and through her counsel of record, Honorable Leonard Math, Post Office Box 230759, Montgomery, Alabama 36123, by ECF and by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed.

/s/ Richard D. Lively
OF COUNSEL