UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 04-30579-WRS
                                               Chapter 7
EDWIN RICK WOOD,

    Debtor

SUSAN SHIROCK DEPAOLA, TRUSTEE,

    Plaintiff                               Adv. Pro. No. 04-3037-WRS

v.

PELHAM HENRY,

    Defendant

### JUDGMENT

Pursuant to the Motion for Summary Judgment filed by the Trustee (Doc. 17), which has not be controverted by the Defendant (Doc. 25), judgment is entered in favor of the Plaintiff and against the Defendant in the amount of $50,500.00.

Done this 21st day of April, 2005.

                                /s/ William R. Sawyer
                                United States Bankruptcy Judge

c: Leonard N. Math, Attorney for Plaintiff
   Richard D. Lively, Attorney for Defendant