# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTERN DIVISION

IN RE: EDWIN RICK WOOD, DEBTOR

| | |
|---|---|
| SUSAN S. DEPAOLA, TRUSTEE, | |
| PLAINTIFF. | CASE NUMBER: 04-30579 |
| | CHAPTER 7 |
| V. | |
| | ADVERSARY PROCEEDING |
| PELHAM HENRY, | NO. 04-03037 |
| DEFENDANT. | |

## DEFENDANT'S DESIGNATION OF CONTENTS FOR INCLUSION IN RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

COMES NOW the Defendant in the above-styled cause, Pelham Henry, by and through counsel, and pursuant to Rule 8006, Federal Rules of Bankruptcy Procedure, files herewith this Honorable Court this Designation of Contents for Inclusion in Record on Appeal and Statement of Issues on Appeal as follows:

The following shall be included in the record on appeal:

1. Plaintiff's Complaint in Adversary Proceeding 04-03037.

2. Defendant's Answer.

3. Plaintiff's Motion for Summary Judgment.

4. Defendant's Response to Motion for Summary Judgment.

5. Judgment of the Court dated April 21, 2005.

6. Defendant's Notice of Appeal.

7. This Designation of Contents and Statement of Issues.

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Court erred in awarding judgment against the Defendant for transfers made to the Defendant by the Debtor outside of the 90 day preference period established by 11 U.S.C. §547.

2. Whether the Court erred in awarding judgment against the Defendant without giving the Defendant credit for extension of new value given to the Debtor, pursuant to 11 U.S.C. §547(c)(1), during the 90 day preference period established by 11 U.S.C. §547.

Respectfully submitted this the 10th day of May, 2005.

/s/ Richard D. Lively
RICHARD D. LIVELY (LIV012)
Attorney for Defendant Pelham Henry

**OF COUNSEL:**
**LAW OFFICE OF RICHARD D. LIVELY**
364 East Main Street
Prattville, Alabama 36067
Telephone: (334) 491-4911
Facsimile: (334) 491-4922

<u>Certificate of Service</u>

I herby certify that I have this the 10th day of May, 2005, served a copy of the foregoing Designation of Contents for Inclusion in Record on Appeal and Statement of Issues on Appeal upon the Plaintiff, Honorable Susan S. DePaola, Trustee, by and through her counsel of record, Honorable Leonard Math, Post Office Box 230759, Montgomery, Alabama 36123, by ECF and by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed.

/s/ Richard D. Lively
OF COUNSEL