**EXCERPTS FROM THE DEPOSITION OF PELHAM HENRY WITH
SELECTED EXHIBITS**

# IN RE:  EDWIN RICK WOOD,

## v.

# PELHAM HENRY,


# PELHAM  HENRY

# 10-14-2004

Reagan Reporters, LLC
Phone: 334.262.7556
Fax: 334.262.4437
Internet: www.ReaganReporters.com

PELHAM  HENRY-  10-14-2004

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


IN RE:                CHAPTER 7
EDWIN RICK WOOD,      CASE NO.
Debtor,               04-30579

SUSAN S. DEPAOLA,     ADVERSARY
TRUSTEE,              PROCEEDING NO.
Plaintiff,            04-03037

vs.

PELHAM HENRY,
Defendant.

              *    *    *    *    *    *

          DEPOSITION OF PELHAM HENRY,

taken pursuant to notice and

stipulation on behalf of the

Plaintiff, in the Law Offices of Keith

& Hamm, 235 South McDonough Street,

Montgomery, Alabama, before Tiffany

Blevins Beasley, Judicial Reporter and

Notary Public in and for the State of

Alabama at Large, on October 14, 2004,

commencing at 1:50 p.m.

PELHAM  HENRY-  10-14-2004

Page 2

1                     APPEARANCES

2

3    FOR THE PLAINTIFF:

4              DANIEL G. HAMM, ESQUIRE

5              Keith & Hamm

6              235 South McDonough Street

7              Montgomery, Alabama 36104

8

9    FOR THE DEFENDANT:

10             RICHARD LIVELY, ESQUIRE

11             364 East Main Street

12             Prattville, Alabama 36067

13

14

15

16

17

18

19

20

21

22

23

PELHAM  HENRY-  10-14-2004

1    that he -- this is incorrect on the

2    balance of me making $60,000.

3    Q.    Well, tell me about the nature -- in

4    your own words, the nature of the

5    activity throughout the course of this

6    loan.

7    A.    Again, he would call at periodic

8    times.  You know, he would say that he

9    had -- I was trying to think -- you

10   know, pouring a slab on this, or I'm

11   doing some work on somebody's camp

12   house; I'm putting a roof on this; or

13   I'm doing this, you know.  And at

14   times when I had -- if I had any extra

15   money, at times, I would send it to

16   him.

17   Q.    What was the typical return?

18   A.    Return would be usually -- anywhere

19   from 15 to 25 percent, was the normal

20   total.  If you held it longer,

21   sometimes he would pay a little bit

22   more, but not much.

23   Q.    15 to 25 percent per year --

PELHAM  HENRY-  10-14-2004

1    A.    No.

2    Q.    -- or just for the period of time?

3    A.    Just for the period of time.

4    Q.    So consequently, it'd be -- perhaps 15

5    to 25 percent for a four- to

6    eight-week loan?

7    A.    Most of the time, it was over four

8    weeks.  Very rarely -- it very rarely

9    was four weeks.  Most of the time, it

10   was six to eight weeks, most of the

11   time.

12   Q.    And it would be a 15 to 25 percent

13   return?

14   A.    Correct.

15   Q.    Well, you're in the investment

16   business?

17   A.    Right.

18   Q.    And did you -- was there any suspicion

19   on your part with respect to a return

20   of this nature?

21   A.    Well, the contractors I know do very

22   well, and, you know, I was not in the

23   contracting business; never been in

PELHAM  HENRY-  10-14-2004

Page 22

1    A.     Hold up.  Does it show the back of

2    them?

3    Q.     No.  We do not have the back of them.

4    But we have got where it's obvious

5    it's clearing through his account, and

6    they're made payable to you.

7    A.     Let's see, here.

8    Q.     If you -- because --

9    MR. HAMM:  Off the record for

10   a second.

11            (Off-the-record discussion.)

12   A.     Okay.  I received one for 23,000 on

13   the 28th that was returned.

14   Q.     The 28th of when?

15   A.     The 28th of November.  Actually, we --

16   I received -- I received a check for

17   $10,000 from Mr. Wood -- all these --

18   on the 21st of November.  It was

19   returned on the 2nd.  I received

20   another check from Mr. Wood for -- or

21   deposit for 23,000.

22   Q.     All right.  Let me back up, now.

23   First, you're talking about -- what

PELHAM  HENRY-  10-14-2004

Page 23

1    was that first check?

2    A.    11/21.

3    Q.    For 10,000; right?

4    A.    Uh-huh.

5    Q.    And it was returned?

6    A.    It was returned --

7    Q.    Okay.

8    A.    -- on the 2nd.  And I have another one

9    for 11/28 for 23,000.  Again, that was

10    returned.

11    Q.    Returned when?

12    A.    On the 8th of December.

13    Q.    Okay.

14    A.    And I show a deposit of 22,5, which

15    would coincide with this on the 2nd.

16    Q.    Okay.  So consequently, the check for

17    $22,500 was in fact --

18    A.    Was put -- right, was put into the

19    account, that's correct.

20    Q.    And did it -- that check apparently

21    cleared?

22    A.    Apparently so, yes, sir.

23    Q.    Okay.  So, therefore, as reflected on

PELHAM  HENRY-  10-14-2004

Page 24

1    Plaintiff's Exhibit No. 2, check

2    number two -- 2112 --

3    A.    Right.

4    Q.    -- in the amount of $22,500?

5    A.    Correct.

6    Q.    You did receive --

7    A.    Right.

8    Q.    -- that?  And --

9    A.    He had bounced several -- they kept on

10   bouncing, and so -- and I paid him

11   one, like, a week before that -- well,

12   it was the 19th -- for 10,000, and

13   what happened was he kept on bouncing

14   them.  And so that's why that total is

15   so large.

16   Q.    Wait a minute.  All right.  Hold on.

17   A.    Oh, I'm sorry.

18   Q.    This -- the check number 2112, which

19   is reflected on a Plaintiff's Exhibit

20   No. 2 --

21   A.    Yes.

22   Q.    -- was used to replace some checks

23   that had been returned?

PELHAM  HENRY-  10-14-2004

Page 25

1    A.    That's correct.

2    Q.    Do you know which checks?

3    A.    Well, he -- well, right here, the --

4    the 13 and 10 was paid to me.  It was

5    returned.  He sent -- he sent me a

6    check before this particular

7    statement.  I'll get it.  But for 13

8    like in the middle of the month.  It

9    returned on the 26th of November.

10   Then another one he put

11   in -- or sent on the 21st of November

12   was returned again, so that's where

13   that 23,000 comes from, because --

14   Q.    Okay.

15   A.    And he -- and he bounced the 23,000

16   again.  And then the reason it's 22,5

17   is, I guess, with all these other

18   numbers -- and apparently -- of

19   course, I had no idea had all these

20   other people going on -- he -- the

21   22,5 was actually supposed to be 23.

22   But, I mean, that's kind of where that

23   came from.

PELHAM  HENRY-  10-14-2004

Page 26

1    Q.    Okay.

2    A.    He kept on -- they're stacked up, is

3    what happened, and they kept on

4    stacking up.

5    Q.    The $22,500 is not designed -- in your

6    mind it may have replaced two checks;

7    it was just a poor job of adding?

8    A.    Three checks.

9    Q.    Three checks.

10   A.    Right.

11   Q.    A --

12   A.    -- 13, a 10, and a 23.  He did a 10 --

13   a 13 that bounced, a 10 that bounced,

14   then he combined two and did 23 that

15   bounced, and then the fourth one

16   finally cleared.

17   Q.    This should have been -- this check

18   should have been $23,000 as opposed --

19   A.    Correct.

20   Q.    -- to 25; is that correct?  So

21   Plaintiff's -- okay.  So Plaintiff's

22   Exhibit No. 2, item -- Check Number

23   2112 should have been 23,000 --

PELHAM  HENRY-  10-14-2004

Page 27

1    A.    Correct.

2    Q.    -- but, in fact, was only $22,500?

3    A.    Yes, sir.

4    Q.    Let me also direct your attention to

5    the first item on --

6    A.    On 15?

7    Q.    -- Plaintiff's Exhibit No. 2.  Yes,

8    that check for the 15th.

9    A.    Yes, sir.  That cleared too.

10    Q.    Did that check --

11    A.    Yes, sir.

12    Q.    Were there any more checks from that

13    point forward -- from that point that

14    cleared?

15    A.    That cleared, no, sir.  Now, several

16    have bounced, but none that cleared.

17    Q.    Okay.  So these were the last two

18    payments --

19    A.    Yes, sir.

20    Q.    Let me finish my question --

21    A.    Oh.

22    Q.    -- because she's having a difficult

23    time taking it down.

fe4fece6-6c12-4df2-a3e6-73aa868fd867

PELHAM   HENRY-   10-14-2004

Page 30

1   A.     Yes, sir.

2   Q.     -- did you give Mr. Wood anything

3   else?

4   A.     Yes, sir.  I gave him --

5   Q.     Okay.  Can you tell me what you gave

6   him?

7   A.     $15,000.

8   Q.     When did you give Mr. Wood $15,000?

9   A.     $15,000 on the 5th of January '04 of

10  this year.

11  Q.     And that was drawn -- that was a check

12  drawn on your personal account, No.

13  1493; is that correct?

14  A.     Yes, sir.

15  MR. HAMM:  Let's go off the

16  record.

17          (Off-the-record discussion.)

18  Q.     Mr. Henry, I'm showing you a document

19  that I have labelled as Plaintiff's

20  Exhibit 3.

21          (The referred-to document was

22          marked for identification as

23          Plaintiff's Exhibit No. 3.)

fe4fece6-6c12-4df2-a3e6-73aa868fd867

PELHAM  HENRY-  10-14-2004

Page 31

1   A.    Yes, sir.

2   Q.    Can you tell me what that appears to

3   be?

4   A.    That is a check from me written to

5   Rick Wood for $15,000.

6   Q.    And did Mr. Wood receive that check?

7   A.    Yes.

8   Q.    And did he negotiate that check?

9   A.    Cash it?

10  Q.    Well, negotiate it in some manner.

11  Did he --

12  A.    Yes.

13  Q.    And was the money taken from your

14  account?

15  A.    Yes.

16  Q.    Okay.  At the time Mr. Wood paid you

17  the two checks listed on Plaintiff's

18  Exhibit No. 2, did you obtain a

19  security interest in any of his

20  property?

21  A.    No, sir.

22  Q.    A UCC1 financing or a mortgage on any

23  of his property?

PELHAM  HENRY-  10-14-2004

Page 37

1   your answer that your attorney has

2   filed on your behalf, you raised the

3   defense that -- first of all, that

4   it's a contemporaneous exchange for

5   new value.  Can you tell me what you

6   may have given Mr. Wood on or about

7   December the 5th -- December the 15th

8   of two thousand and -- December the

9   15th of 2004?  When he gave you this

10  $13,000, what did you give him?

11  A.    I -- you said, 2004.  I'm lost.

12  Q.    Right.  December the 15th -- I'm

13  sorry, 2003.  December the 15th of

14  2003.

15  A.    Referring to this, not the check I

16  sent him in January?

17  Q.    No.  No.  These are the two checks --

18  well, I'll be talking about the two

19  checks that he gave you in December of

20  2003.

21  A.    Okay.

22  Q.    At the time he gave you the $13,000,

23  did you give him anything?

PELHAM  HENRY-  10-14-2004

Page 38

1    A.    No, sir.

2    Q.    Okay.  Did you intend to give him

3    anything?

4    A.    No, sir.

5    Q.    Okay.  Did -- did he intend for you to

6    give him anything?

7    A.    No, sir.

8    Q.    Okay.  And these are questions I'm --

9    the reason I'm asking these questions

10   are for legal reasons.

11   A.    Okay.

12   Q.    It has to do with the defense that you

13   have raised --

14   A.    Okay.

15   Q.    -- in this matter.  On December the

16   2nd, 2003, did you give Mr. -- at the

17   time Mr. Wood gave you this $22,500,

18   did you give him any -- I'm sorry, did

19   you give him anything of value?

20   A.    No, sir.

21   Q.    Did -- and he gave you a check for

22   $22,500?

23   A.    Yes, sir.

fe4fece6-6c12-4df2-a3e6-73aa868fd867

PELHAM  HENRY-  10-14-2004

Page 39

1   Q.    Did you intend to give him anything?

2   A.    No, sir.

3   Q.    Did he expect anything from you?

4   A.    No, sir.

5   Q.    Okay.  Other than the loans that we

6   have talked about -- I guess and we're

7   suggesting these things began

8   occurring in October or November of

9   2002?

10  A.    Yes, sir.

11  Q.    Are you -- you're not in the loan

12  business of any type, are you?

13  A.    No, sir.

14  Q.    With Mr. Woods or anyone else?

15  A.    No, sir.

16  Q.    As a matter of fact, I understood

17  earlier that you've never done any

18  loans --

19  A.    No, sir.

20  Q.    -- before?

21  A.    No.

22  Q.    What type of agreement did you and

23  Mr. Wood have -- you indicated it'd be

PELHAM  HENRY-  10-14-2004

Page 40

1    on four or six -- six or eight-week

2    term that he would repay this amount.

3    Was he always timely, or was he

4    sometimes late?

5    A.    Yes, sir.  Always late -- not late.

6    It came through, but it was late.

7    Q.    Right.

8    A.    You know, it would be -- you had to

9    badger.  You know, and, of course, you

10   know, the job was running behind, you

11   know, and everything else.  That was

12   normally the course.

13   Q.    And I guess with respect to the two

14   checks that are reflected here on

15   Plaintiff's Exhibit No. 2, that those

16   were actually to cover bad checks?

17   A.    Correct.

18   Q.    And at the time Mr. Wood paid you this

19   $13,000, he owed you a debt; is that

20   correct?

21   A.    (Nods head.)

22   Q.    Do you know approximately how much he

23   owed you at the time?

fe4fece6-6c12-4df2-a3e6-73aa868fd867

PELHAM  HENRY-  10-14-2004

Page 41

1    A.    Total?

2    Q.    Yeah.

3    A.    Tens of thousands.

4    Q.    I'm sorry?

5    A.    Tens -- I'd say tens of thousands.

6    That he owes me now?

7    Q.    Yeah.  Well, on -- on December the

8    15th, 2003, how much did he owe you

9    then?

10   A.    I -- not counting the 15 I paid him

11   afterwards, over $50,000 probably

12   total.

13   Q.    And then on December the 2nd, 2003, he

14   owed --

15   A.    Owed --

16   Q.    -- you a debt of 50 or better?

17   A.    Or better, yes, sir.

18   Q.    Do you have any information on

19   Mr. Wood's financial posture at the

20   time you received these monies?

21   A.    Like written --

22   Q.    Like financial statements or anything.

23   A.    No, sir.

PELHAM  HENRY-  10-14-2004

Page 42

1    Q.    Did you -- have you ever seen a

2    financial statement on Mr. Wood?

3    A.    No, sir.

4    Q.    On his business?

5    A.    No, sir.

6    Q.    Okay.  No listing of his assets?

7    A.    No, sir.

8    Q.    No listing of his liabilities?

9    A.    (Shakes head.)

10    Q.    Have you seen anything even today?

11    A.    No, sir.

12    Q.    So you don't -- you cannot tell us

13    that Mr. Wood was solvent at this

14    time?

15    A.    No, sir.

16    Q.    Would you -- as a matter of fact,

17    would you expect that he was insolvent

18    at this --

19    A.    Apparently so.

20    Q.    That's all I've got.

21    MR. HAMM:  Mr. Lively?

22    EXAMINATION

23    BY MR. LIVELY:

PELHAM  HENRY-  10-14-2004

Page 45

1   A.     Yes, November 21st.

2   Q.     Okay.  So, basically, two days after

3   you had given him a check for $10,000,

4   he gave you a check for how much that

5   bounced?

6   A.     10,000.

7   Q.     10,000.  And that one did not clear

8   the bank; is that right?

9   A.     That's correct.

10  Q.     And then there was -- was there

11  another check?

12  A.     Another check on the 26th --

13  Q.     Okay.

14  A.     -- of November for 13,000 that also

15  bounced.  Then another check for

16  23,000 on the 28th, a combination of

17  those two that bounced.

18  Q.     Okay.  And then finally, the one that

19  cleared was December 2nd, '03, for

20  22,500; is that right?

21  A.     Correct.

22  Q.     Okay.  And that was basically repaying

23  you money that you had extended to him

PELHAM   HENRY-   10-14-2004

Page 47

1              *   *   *   *   *   *   *   *

2              REPORTER'S CERTIFICATE

3              *   *   *   *   *   *   *   *

4

5    STATE OF ALABAMA

6    COUNTY OF MONTGOMERY

7

8              I, Tiffany Blevins

9    Beasley, Judicial Reporter and Notary

10   Public in and for the State of Alabama

11   at Large, do hereby certify that on

12   October 14, 2004, pursuant to notice

13   and stipulation on behalf of the

14   Plaintiff, I reported the deposition

15   of PELHAM HENRY, who was first duly

16   sworn by me to speak the truth, the

17   whole truth, and nothing but the

18   truth, in the matter of Edwin Rick

19   Wood, Debtor, SUSAN S. DEPAOLA,

20   TRUSTEE, Plaintiff, versus PELHAM

21   HENRY, Defendant, Chapter 7, Case No.

22   04-30579, Adversary Proceeding No.

23   04-03037, now pending in the United

PELHAM  HENRY-  10-14-2004

Page 48

1  States Bankruptcy Court for the Middle

2  District of Alabama, Northern

3  Division; that the foregoing 47

4  typewritten pages contain a true and

5  accurate transcription of the

6  examination of said witness by counsel

7  for the parties set out herein; that

8  the reading and signing of said

9  deposition was waived by witness and

10  counsel for the parties.

11                I further certify that

12  I am neither of kin nor of counsel to

13  the parties to said cause, nor in any

14  manner interested in the results

15  thereof.

16                This 21st day of October ,

17  2004

18

19

20

21        Tiffany Blevins Beasley
         Reporter and Notary Public
22        State of Alabama at Large

23

creditor     Pelham Henry
                145 Easton Place
                Fairhope, AL  36532

| te | Item | $ received | $ paid | balance |
|---|---|---|---|---|
| Jan 2003 | Received by check | $7,000.00 | | |
| Jan 2003 | Received by check | $5,000.00 | | |
| Jan 2003 | Received by check | $15,000.00 | | |
| Jan 27, 2003 | Paid by check # 92 | | $9,000.00 | |
| Jan 28, 2003 | Paid by check # 99 | | $4,000.00 | |
| Feb 2003 | Received by check | $5,000.00 | | |
| Feb 2003 | Received by check | $10,000.00 | | |
| Feb 13, 2003 | Paid by check # 1057 | | $20,000.00 | |
| Feb 13, 2003 | Paid by check # 1058 | | $6,000.00 | |
| Mar 2003 | Received by check | $8,000.00 | | |
| Mar 11, 2003 | Paid by check # 1118 | | $2,600.00 | |
| Mar 25, 2003 | Paid by check # 1111 | | $10,400.00 | |
| Apr 2003 | Received by check | $5,000.00 | | |
| Apr 14, 2003 | Paid by check # 1229 | | $13,000.00 | |
| Apr 29, 2003 | Paid by check # 1341 | | $3,000.00 | |
| May 2003 | Received by check | $15,000.00 | | |
| Jun 2003 | Received by check | $5,000.00 | | |
| Jun 6, 2003 | Paid by check # 1478 | | $1,750.00 | |
| Jun 9, 2003 | Paid by check # 1342 | | $7,000.00 | |
| Jun 23, 2003 | Paid by check # 1462 | | $1,000.00 | |
| Jul 2003 | Received by check | $7,000.00 | | |
| Jul 3, 2003 | Paid by check # 1280 | | $7,000.00 | |
| Jul 22, 2003 | Paid by check # 1662 | | $6,500.00 | |
| ʾg 2003 | Received by check | $10,000.00 | | |
| 23, 2003 | Ck # 1706 deposited into creditors acct | | $10,000.00 | |
| Jul 28, 2003 | Ck # 1733 deposited into creditors acct | | $8,060.00 | |
| Jul 29, 2003 | Ck # 1754 deposited into creditors acct | | $10,000.00 | |
| Aug 2003 | Received by check | $7,000.00 | | |
| Aug 2003 | Received by check | $15,000.00 | | |
| Aug 4, 2003 | Paid by check # 1756 | | $6,000.00 | |
| Aug 12, 2003 | Paid by check # 1663 | | $9,000.00 | |
| Aug 22, 2003 | Paid by check # 1836 | | $6,000.00 | |
| Sep 2003 | Received by check | $12,000.00 | | |
| Sep 11, 2003 | Paid by check # 1837 | | $9,000.00 | |
| Sep 17, 2003 | Paid by check # 1928 | | $6,000.00 | |
| Oct 28, 2003 | Paid by check # 1972 | | $9,000.00 | |
| Oct 28, 2003 | Paid by check # 2004 | | $19,500.00 | |
| Nov 2003 | Received by check | $15,000.00 | | |
| Nov 2003 | Received by check | $10,000.00 | | |
| Nov 7, 2003 | Paid by check # 2057 | | $15,000.00 | |
| Dec 4, 2003 | Paid by check # 2112 | | $22,500.00 | |
| Dec 17, 2003 | Paid by check # 2166 | | $13,000.00 | |
| | Totals | $151,000.00 | $234,310.00 | $58,500.00 |

No cks for
12-03



PLAINTIFF'S
EXHIBIT
# 1
Henry

THREE HANDS CONSTRUCTION , LLC 01/03
1421 OVERBROOKE RD. Ph:(334)263-7535
MILLBROOK, AL 36054

2166
66-434/622

DATE _Oct 7th_

PAY TO THE
ORDER OF _D.J. Henry_                    $ 13,000.00

_Thirteen Thousand & No/100_                    DOLLARS

**1C** FIRST COMMUNITY BANK

FOR _acct #163631_                    _Bob Webb_

⑈002166⑈ ⑆062206392⑆ 0028530⑈          /00013000000/

| 2166 | 12/17/2003 | 13,000.00 |

---

THREE HANDS CONSTRUCTION , LLC 01/03
1421 OVERBROOKE RD. Ph:(334)263-7535
MILLBROOK, AL 36054

2112
66-434/622

DATE _12-2-03_

PAY TO THE
ORDER OF _D.J. Henry_                    $ 22,500.00

_Twenty Two Thousand Five Hundred & No/100_

**1C** FIRST COMMUNITY BANK

FOR _acct #163631_                    _Bob Webb_

⑈002112⑈ ⑆062206392⑆ 0028530⑈          /00022500000/

| 2112 | 12/04/2003 | 22,500.00 |



PLAINTIFF'S
EXHIBIT

# 2

Henry

PELHAM H HENRY III
143 Easton Cir
Fairhope, AL 36532-4344

1493

Pay To The
Order Of   Rick Wood                          $ 15,000 ⁰⁰

Fifteen thousand dollars                        ⁰⁰/₁₀₀ Dollars

**AmSouth BANK**
THE RELATIONSHIP PEOPLE

For  Material

1/5/04 Date

REF#0001341667          01/06 CHK-   1493   $15000.00

**PLAINTIFF'S EXHIBIT**
#3
Henry