**DEBTOR'S AMENDED SCHEDULES**

6/03/04 9:18AM

In re    **Edwin Rick Wood**                                    Case No.  **04-30579**
_____,
                         Debtor

# SCHEDULE B. PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture, appliances, household goods, etc | - | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | - | 250.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 12 ga shotgun, pistol | - | 400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Liberty National - whole life policy no net cash value | - | Unknown |

                                                              Sub-Total >     **2,150.00**
                                                           (Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

6/03/04 9:18AM

In re **Edwin Rick Wood** , Case No. **04-30579**
Debtor

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Barry & Mary Hilliman owe debtor approximately $8590 for work he performed on their property located on Frasier St, Millbrook - subject to setoff** | - | 8,590.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total > 8,590.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

6/03/04 9:18AM

In re  **Edwin Rick Wood** _____ ,  Case No. __**04-30579**_____
                                Debtor

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Chev PU | - | 1,000.00 |
| | | 1976 Chev PU - 355000 miles - poor shape | - | Unknown |
| | | 1999 Chev Suburban (GMAC) | - | 6,585.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Misc hand tools, ladders, nail gun | - | 250.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | Interest as member of Phi Delta Kappa Fraternity, an unicorporated association | - | 4,334.66 |
| | | | Sub-Total > (Total of this page) | 12,169.66 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

6/03/04 9:18AM

In re    **Edwin Rick Wood**                                    ,    Case No.    **04-30579**
                                    Debtor

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Items located at old family house: 15 yr old side-by-side refrigerator; 17 yr old side-by-side refrigerator; Gas deep fryer; Homemade Smoker; 20 yr old 19 in TV; 5 yr old 25 in TV; charcoal grill; Metal Tea Cart [other items at old family home belong to others - see attachment to Statement of Affairs]** | - | 600.00 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 600.00 |
| Total > | 23,509.66 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

6/03/04 9:19AM

Form B6F
(12/03)

In re    **Edwin Rick Wood**                                               Case No. __**04-30579**__
                                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Al Kelly**<br>**5010 Brownswood Circle**<br>**Millbrook, AL 36054** | - | | loan | | | | 3,000.00 |
| Account No.<br><br>**Cathy S. Royal**<br>**6720 Colonial Dr**<br>**Elmore, AL 36025** | - | | painting | | | | 168.00 |
| Account No.<br><br>**John Crook**<br>**5194 Blue Hill Road**<br>**Fort Deposit, AL 36032** | - | | personal loan | | | | 9,000.00 |
| Account No.<br><br>**Kenneth Mercer**<br>**1740 Carpenter Road**<br>**Deatsville, AL 36022** | - | | painter | | | | 990.00 |

  **0**   continuation sheets attached                                                              Subtotal<br>(Total of this page)      13,158.00

                                                                                                                              Total<br>(Report on Summary of Schedules)      13,158.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              S/N:25647-040428    Best Case Bankruptcy

## United States Bankruptcy Court
### Middle District of Alabama

6/03/04 9:21AM

In re   **Edwin Rick Wood**

Debtor(s)

Case No.   **04-30579**
Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**30**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 3, 2004**

Signature   **/s/ Edwin Rick Wood**
**Edwin Rick Wood**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 7  
(12/03)

6/03/04 9:27AM

# United States Bankruptcy Court
## Middle District of Alabama

In re: **Edwin Rick Wood**  
Debtor(s)

Case No. **04-30579**  
Chapter **7**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $0.00 | 2004 - self employment |
| $0.00 | 2003 - self employment - year end figures not yet available as records are being used to prepare tax returns - answer will be supplemented when tax returns are prepared |
| $26,229.00 | 2002 - self employment - Three Hands Construction |

### 2. Income other than from employment or operation of business

None ■  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE

6/03/04 9:27AM
2

3. Payments to creditors

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Air Flow Awning<br>4720 Birmingham Hwy<br>Montgomery, AL 36108 | Feb 9, 2004 | $3,322.00 | $0.00 |
| Barth Lumber<br>P.O. Box 467<br>Clanton, AL 35045 | 12/2003 - paid in cash | $10,000.00 | $6,091.00 |
| O.E. Williams<br>501 County Road 45 So<br>Autaugaville, AL 36003 | 1-4-2004 | $81,000.00 | $0.00 |
| John Cobb<br>3589 Sanford Dr<br>Millbrook, AL 36054 | 11/2003 $4000 | $4,000.00 | $8,000.00 |
| Joe Omedeo<br>387 Park Hill<br>Collierville, TN 38017 | 12-10-2003 $3,679; 1-27-04 $12,000 | $15,679.00 | $85,000.00 |
| Pelham Henry<br>145 Easton Place<br>Fairhope, AL 36532 | 12-17-03 $13,000; 12-4-03 $22,500 | $35,500.00 | $58,500.00 |
| Bobby Shackelford | 12-2003 | $10,004.00 | $0.00 |
| Wilber Pridgen<br>2005 Wynfield Dr<br>Prattville, AL 36067 | 12-10-03 | $6,750.00 | $6,750.00 |
| Jim Lane<br>208 Gunn Rd<br>Montgomery, AL 36117 | after 1-27-04 paid: $20,000; $10,000; $8,000; $4,600; $7,400 | $50,000.00 | $30,000.00 |
| Barry & Mary Hilliman<br>4300 S. Sanford Ave<br>Sanford, FL 32773 | after 12/24/2003 - paid to closing attorney on behalf of Barry & Mary Hilliman | $31,650.00 | $345,000.00 |
| Ernest Vicknair<br>444 Hwy 308<br>Thibodaux, LA 70302 | 12-3-03 | $51,000.00 | $390,000.00 |
| R.W. Miller<br>1745 Pebble Creek Dr<br>Prattville, AL 36066 | 12-10-03 $8,000; 12-4-03 $9,000 | $17,000.00 | $46,000.00 |
| Charles Cowart<br>133 Payne Rd<br>Montgomery, AL 36117 | 12-11-03 $25,000; 12-8-03 $51,000; 12-4-03 $50,000; 12-3-03 $103,000; 11-28-03 $15,000; 11-25-03 $20,000; also, during Nov and Dec 2003, debtor several times paid in cash totalling $40,000 (these cash payments not included in total amount paid within 90 days) | $264,000.00 | $45,000.00 |

6/03/04 9:27AM
3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Tim Jones<br>203 Oak Lane<br>Luling, LA 70070 | 1-27-04 | $1,600.00 | $110,000.00 |
| Wade Tregre<br>310 St. Charles Place, Apt 3<br>Hahnville, LA 70057 | 12-10-03 | $21,000.00 | $44,250.00 |

None ☐  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Drew Zuelzke<br>9081 Lakeview Dr<br>Fairhope, AL<br>    nephew | 3-11-03 $7280; 6-17-03 $3900; 7-17-03 $1800; 8-22-03 $3000; 10-9-03 $1800; 10-24-03 $12000; 11-4-03 $1530; 12-8-03 $1800; 12-17-03 $2,500; 1-2004 $4000 | $39,610.00 | $0.00 |
| Scott Zuelzke<br>161 Chilton County Road 720<br>Clanton, AL 35046<br>    nephew | 5-30-03 $2400; 6-17-03 $6500; 7-10-03 $1300; 7-21-03 $1225; 9-29-03 $2250; 11-4-03 $8250 | $21,925.00 | $0.00 |
| A.C. Zuelzke<br>478 County Road 539<br>Verbena, AL 36091<br>    brother-in-law | Dec 2003 or Jan 2004 | $10,000.00 | $31,500.00 |
| Mr & Mrs B.R. Wood<br>330 Autauga County Road 1<br>Selma, AL 36703<br>    cousin | 12-19-03 | $6,400.00 | $128,000.00 |
| Benjamin R. Wood, Jr.<br>330 Autauga County Road 1<br>Selma, AL 36703<br>    cousin | 11-12-03 $3,000; 11-28-03 $12,000; 12-19-03 $6,800 | $21,800.00 | $140,000.00 |
| Lucille C Wood<br>204 Cherry Hill Road<br>Selma, AL 36701<br>    mother | March 2003 $9000 cash;<br>Mar 2, 2003 $1500 by check | $10,500.00 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Barry & Mary Hilliman<br>v<br>THree Hands Construction, LLC, et al | complaint for money loaned | Circuit Court of Chilton County, Alabama<br>CV-04-88 | pending |

6/03/04 9:27AM
4

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

6/03/04 9:27AM
5

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Earl Gillian, Jr., P.C.<br>Suite 1000 Bell Building<br>207 Montgomery Street<br>Montgomery, AL 36104 | | $2,500.00 - attorney fee<br>$209.00 - court costs |

### 10. Other transfers

None ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Phillip Wood<br><br>brother | 3/25/2003 recorded 4/2/2003 | deed (in lieu of foreclosure) of approximately 87 acres located in Autauga County - mortgage was held by Phillip Wood with an approximate balance of $26,500 |

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| SouthTrust Bank | joint checking acct - overdrarn $14,000 | 2/10/2004 |
| First Community Bank<br>Millbrook, AL 36054 | checking acct - business acct xxx8530 | 2/2004 |
| Aliant Bank | checking | closed Feb or Mar 2003 |

### 12. Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| SouthTrust Bank | | empty | |

6/03/04 9:27AM
6

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| daughters | a few furniture items in house belong to daughters | |
| Mother | Debtor's and his brother's names are on a Certificate of Deposit that is owned by their mother - approximate amount $9,000 - only mother's funds went into this CD | Peoples Bank & Trust |
| various | see attached list | old family home |

**15. Prior address of debtor**

None ■    If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6/03/04 9:27AM
7

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18. Nature, location and name of business

None ☐   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Three Hands Construction, LLC** | **63-1185746** | | **debtor was 100 % owner**<br><br>**Nature of business: construction** | **began 1993 - closed 2004** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

6/03/04 9:27AM
8

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Steve Seivers** <br> **Wetumpka, AL 36092** | **prepared tax returns** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

6/03/04 9:27AM
9

**23. Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

6/03/04 9:27AM
10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **June 3, 2004**                    Signature    **/s/ Edwin Rick Wood**
                                                      **Edwin Rick Wood**
                                                      Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Woodshed Inventory

Items given to Rick and Sheila for use at farm:

15-year-old side by side refrigerator – given by Ronnie Pruitt
    (ice maker did/does not work)
17-year-old (when given) side by side refrigerator – given by Rick Miller /
    Larry Rogers  (ice maker did/does not work)
Gas deep fryer given by Louisiana group
Homemade smoker – water tank and fire box given by Red and Carol
    Barnett
20-year-old 19 inch TV given by Al and Pattie Chappell
5-year-old (?) used 25 inch TV given by Rick and Carole Miller
Charcoal grill – given by Rick and Carole Miller
Metal Tea Cart – given by Rick and Carole Miller

Items belonging to Lucille Wood
        204 Cherry Hill Road
        Selma, AL  36703
  20-year-old white stove
  45-year-old white refrigerator


Items belonging to Vance Robertson
        137 East 12 th Street
        Reserve, LA  70084
  Homemade set  - 6 pots, stainless from 1-quart size to 10
quart size and 2 skillets, 1 - 8 in and 1 - 10 inch

Items belonging to Ricky Royal
        191 Lindsey Lane
        Elmore, AL  36025
  55-year-old white gas stove – not in use
  20-year-old yellow double oven electric stove
  Homemade smoker (made from old toolbox)

Item belonging to Paul Delaune
        111 Kaylee Drive
        Hahnville, LA  70057
  20-year-old side-by-side cooler/refrigerator

Item belonging to Jimmy Crook
        6011 Crook Road
        Montgomery, AL 36761
   50-year-old International white chest freezer

Items belonging to Jeff DeRamus
        2201 Dorsey Street
        Box 26
        Opelika, AL 36801
25-inch 20-year-old TV
8 qt. Iron pot
12 qt. Iron pot
Home made gas cook top
55 gal stew pot
gas burner with frame
hand trucks
yellow tri-pod stand with lights

Items belonging to Otto Motley
        828 Dee Drive
        Prattville, AL 36066
8 qt iron pot
oblong 12 qt iron pot

Items belonging to Philip Wood, III
        202 Autauga Co. Rd. #1 So.
        Selma, AL 36703
20-year-old almond refrigerator
20-year-old white chest freezer
75 gal stew pot
25 gal stew pot

Items belonging to Frank Threadgill
        3610 Bledsoe Road
        Autaugaville, AL 36003
stainless cleaning table
25 gal. stew pot
5 gal. brown jug

Items in Woodshed from Sheila Wood's kitchen:
- 1 – 3 gal. pot
- 1 - 10 gal. pot (fromTillmans')
- 1 - 8 gal. boiling pot with basket and lid (from FL)
- 2 - green roasters
- 2 - strainer pans
- 1 - 14-inch iron skillet
- 1 - 20-inch iron skillet

Other items include:
- 6 10X16 inch baking/serving pans
- 1 crock-pot
- 1 fry daddy
- 8 frying pans
- 3 stacking stew pots
- 4 cooking pots
- 1 - 4 gal. stew pot
- 1 - 5 gal. iron Dutch oven with lid
- miss matched dishes, plates, cups, bowls, etc
- plastic strainers / colanders
- plastic mixing bowls
- plastic dishpans
- Cooking / serving spoons, spatulars, knives, forks, etc.