**TRUSTEE AFFIDAVIT**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>EDWIN RICK WOOD,<br>DEBTOR,<br><br>SUSAN S. DEPAOLA, TRUSTEE,<br>PLAINTIFF,<br><br>V.<br><br>PELHAM HENRY,<br>DEFENDANT. | CHAPTER 7<br>CASE NO. 04-30579<br><br>ADVERSARY PROCEEDING<br>NO. 04-03037 |

## TRUSTEE'S AFFIDAVIT

**COMES NOW** Susan S. DePaola, Trustee in Bankruptcy. I am over nineteen years of age and competent to testify to the following:

1. I am the duly appointed and qualified Trustee for the estate of the debtor, Edwin Rick Wood.

2. The debtor filed his petition seeking relief under Chapter 7 in this case on or around February 27, 2004. I have employed counsel to act on behalf of the bankruptcy estate to recover this amount.

3. On or around December 2003, the Debtor transferred to the defendant, Pelham Henry the sum of $35,500.00. This $35,500.00 transfer to Pelham Henry allows the defendant to recover a greater percentage of his claim than he would receive if he were to recover normal distribution to unsecured claimants from Mr. Wood's bankruptcy estate.

4. I have now had the opportunity to review the petition and amended schedules filed by the debtor in the above styled case.

5. The debtor's schedules reflect that the debtor owed approximately $1,800,000.00 at the time of his filing. The recoverable assets to be made a part of the bankruptcy estate include approximately $300,000.00 in preference actions and $25,000.00 equity in the debtor's home.

6. Should all of the above assets be recovered, the distribution to unsecured creditors will be less than 20% for each claim.

**DONE** this the 1st day of November, 2004.

---

SUSAN S. DEPAOLA
TRUSTEE IN BANKRUPTCY

**SWORN TO and SUBSCRIBED** before me this 1st day of November, 2004.

---

KATHY D. RYAN
NOTARY PUBLIC
MY COMMISSION EXPIRES
JUNE 20, 2008

Page 2 of 2