**CLAIMS REGISTER**

Case 2:05-cv-00483-WHA    Document 2-11    Filed 05/23/2005    Page 1 of 12

# Middle District of Alabama
# Claims Register

### 04-30579 Edwin Rick Wood
### Judge William R. Sawyer
### Debtor Name: WOOD, EDWIN RICK

| Claim No: 1 | Creditor Name: Charles N. Parnell, Esq. for Barry & Mary Hilliman P.O. Box 2189 Montgomery, AL 36102-2189 | Last Date to File Claims: Last Date to File (Govt): Filing Status: Docket Status: Late: N |
|---|---|---|
| Claim Date: 03/17/2004 | Amends Claim No: Amended By Claim No: | Duplicates Claim No: Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $483667.00 | |
| Total | $483667.00 | |

Description: debt incurred 12/29/03; file #858814
Remarks:

| Claim No: 2 | Creditor Name: Bank One Delaware, NA f.k.a. First USA c/o Weinstein, Treiger & Riley, P.S. 2101 4th Ave., Suite 900 Seattle, WA 98121 | Last Date to File Claims: Last Date to File (Govt): Filing Status: Docket Status: Late: N |
|---|---|---|
| Claim Date: 04/05/2004 | Amends Claim No: Amended By Claim No: | Duplicates Claim No: Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $3011.58 | |
| Total | $3011.58 | |

Description:
Remarks:

| Claim No: 3 | Creditor Name: Walter Davis 1912 Kansas Ave Kenner, LA 70062 | Last Date to File Claims: Last Date to File (Govt): Filing Status: Docket Status: Late: N |
|---|---|---|
| Claim Date: 04/14/2004 | Amends Claim No: Amended By Claim No: | Duplicates Claim No: Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $7000.00 | |
| Total | $7000.00 | |

Description: UNKNOWN
Remarks:

| Claim No: 4 | Creditor Name: Autauga Home Supply<br>425 East Main St<br>Prattville, AL 36067 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>04/14/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $274.69 | |
| Total | $274.69 | |
| Description: 2850555 ||| 
| Remarks: ||| 

| Claim No: 5 | Creditor Name: Pelham Henry<br>145 Easton Place<br>Fairhope, AL 36532 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>04/19/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $55000.00 | |
| Total | $55000.00 | |
| Description: ||| 
| Remarks: ||| 

| Claim No: 6 | Creditor Name: WELLS FARGO FINANCIAL BANK<br>ATTN: RECOVERY DEPARTMENT<br>P.O. BOX 5058<br>SIOUX FALLS, SD 57117-5058 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>04/19/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $3946.63 | |
| Total | $3946.63 | |
| Description: 9853 ||| 
| Remarks: ||| 

| Claim No: 8 | Creditor Name: Main Street Mini Storage<br>959 E Main St., PMB 121<br>Prattville, AL 36066 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|

| | | |
|---|---|---|
| Claim Date: 04/20/2004 | Amends Claim No: <br> Amended By Claim No: | Duplicates Claim No: <br> Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $135.00 | |
| Total | $135.00 | |
| Description: Unit #19 | | |
| Remarks: | | |

| | | |
|---|---|---|
| **Claim No: 9** | Creditor Name: Robert Little Mill Works <br> 2409 Baker St <br> Montgomery, AL 36108 | Last Date to File Claims: <br> Last Date to File (Govt): <br> Filing Status: <br> Docket Status: <br> Late: N |
| Claim Date: 04/21/2004 | Amends Claim No: <br> Amended By Claim No: | Duplicates Claim No: <br> Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $5030.07 | |
| Total | $5030.07 | |
| Description: | | |
| Remarks: | | |

| | | |
|---|---|---|
| **Claim No: 10** | Creditor Name: Barth Lumber <br> P.O. Box 467 <br> Clanton, AL 35045 | Last Date to File Claims: <br> Last Date to File (Govt): <br> Filing Status: <br> Docket Status: <br> Late: N |
| Claim Date: 04/27/2004 | Amends Claim No: <br> Amended By Claim No: | Duplicates Claim No: <br> Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $6182.92 | |
| Total | $6182.92 | |
| Description: | | |
| Remarks: | | |

| | | |
|---|---|---|
| **Claim No: 11** | Creditor Name: Chevron Credit Bank <br> 2001 Diamond Blvd. <br> P.O. Box 5010, Sect. 230 <br> Concord, CA 94524-0010 | Last Date to File Claims: <br> Last Date to File (Govt): <br> Filing Status: <br> Docket Status: <br> Late: N |
| Claim Date: 04/30/2004 | Amends Claim No: <br> Amended By Claim No: | Duplicates Claim No: <br> Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $273.17 | |

| | | |
|---|---|---|
| Total | $273.17 | |
| Description: 1008062000 ||||
| Remarks: ||||

| Claim No: 12 | Creditor Name: Russell Do It<br>3323 Hwy 1114<br>Millbrook, AL 36054 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>04/30/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $2911.58 | |
| Total | $2911.58 | |
| Description: M045 ||||
| Remarks: ||||

| Claim No: 13 | Creditor Name: The Sherwin Williams Company<br>Massey, Stotser & Nichols<br>P.O. Box 94308<br>Birmingham, AL 35220-4308 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>04/30/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $5170.59 | |
| Total | $5170.59 | |
| Description: ||||
| Remarks: ||||

| Claim No: 15 | Creditor Name: LAMAR BRADY<br>139 CYPRESS BEND RD<br>SELMA, AL 36703 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>05/07/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $3000.00 | |
| Total | $3000.00 | |
| Description: UNKNOWN ||||
| Remarks: ||||

| Claim No: 16 | Creditor Name: John Robinson Wood, Sr<br>202 Cedar Grove Pl<br>Autaugaville, AL 36003 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>05/10/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $11329.00 | |
| Total | $11329.00 | |

Description:
Remarks:

| Claim No: 17 | Creditor Name: Phillip B. Wood, III<br>202 Autauga County Road 1 South<br>Selma, AL 36703 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>05/18/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $1550.00 | |
| Total | $1550.00 | |

Description: unknown
Remarks:

| Claim No: 18 | Creditor Name: Lucille Wood<br>204 Cherry Hill Road<br>Selma, AL 36703 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>05/18/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $7400.00 | |
| Total | $7400.00 | |

Description: unknown
Remarks:

| Claim No: 19 | Creditor Name: Robert Shackleford | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|

| | | |
|---|---|---|
| Claim Date: 06/08/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $10004.00 | |
| Total | $10004.00 | |

Description:
Remarks:

| | | |
|---|---|---|
| **Claim No: 20** | Creditor Name: R.W. Miller<br>1745 Pebble Creek Dr<br>Prattville, AL 36066 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
| Claim Date: 06/07/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $46000.00 | |
| Total | $46000.00 | |

Description: UNKNOWN
Remarks:

| | | |
|---|---|---|
| **Claim No: 21** | Creditor Name: Wade Tregre<br>310 St. Charles Place, Apt 3<br>Hahnville, LA 70057 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
| Claim Date: 06/07/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $72000.00 | |
| Total | $72000.00 | |

Description: UNKNOWN
Remarks:

| | | |
|---|---|---|
| **Claim No: 22** | Creditor Name: Frank Threadgill<br>3610 Bledsoe Rd<br>Autaugaville, AL 36003 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
| Claim Date: 06/18/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $1500.00 | |

| | | |
|---|---|---|
| Total | $1500.00 | |
| Description: | | |
| Remarks: | | |

| | | |
|---|---|---|
| **Claim No: 23** | Creditor Name: Benjamin R. Wood, Jr.<br>330 Autauga County Road 1<br>Selma, AL 36703 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
| Claim Date:<br>06/18/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $129650.00 | |
| Total | $129650.00 | |
| Description: | | |
| Remarks: | | |

| | | |
|---|---|---|
| **Claim No: 24** | Creditor Name: Benjamin R. Wood, Jr.<br>330 Autauga County Road 1<br>Selma, AL 36703 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
| Claim Date:<br>06/18/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $136600.00 | |
| Total | $136600.00 | |
| Description: | | |
| Remarks: | | |

| | | |
|---|---|---|
| **Claim No: 25** | Creditor Name: Tracy Norris<br>77 Moss Dr<br>La Place, LA 70068 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
| Claim Date:<br>06/21/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $16000.00 | |
| Total | $16000.00 | |
| Description: | | |
| Remarks: | | |

| Claim No: 26 | Creditor Name: VERIZON WIRELESS<br>c/o BASS & ASSOCIATES, P.C.<br>3936 E FT LOWELL RD, STE 200<br>TUCSON, AZ 85712 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>06/23/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $57.72 | |
| Total | $57.72 | |

Description:
Remarks:

| Claim No: 27 | Creditor Name: Larry Johnson<br>4361 Springdale Rd<br>Millbrook, AL 36054 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>06/28/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $6000.00 | |
| Total | $6000.00 | |

Description: unknown
Remarks:

| Claim No: 28<br>Supplement Copy of<br>Check Returned NSF | Creditor Name: SouthTrust Bank<br>P.O. Box 230517<br>Montgomery, AL 36123 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>07/06/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $13800.00 | |
| Total | $13800.00 | |

Description: Returned check
Remarks:

| Claim No: 29<br>Promissory Note | Creditor Name: Jim Lane<br>208 Gunn Rd<br>Montgomery, AL 36117 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|

| | | |
|---|---|---|
| Claim Date: 07/06/2004 | Amends Claim No: Amended By Claim No: | Duplicates Claim No: Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $30000.00 | |
| **Total** | **$30000.00** | |

Description:
Remarks:

| | | |
|---|---|---|
| **Claim No: 30** | Creditor Name: Tim Jones<br>203 Oak Lane<br>Luling, LA 70070 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
| Claim Date: 07/02/2004 | Amends Claim No: Amended By Claim No: | Duplicates Claim No: Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $121173.00 | |
| **Total** | **$121173.00** | |

Description: UNKNOWN
Remarks:

| | | |
|---|---|---|
| **Claim No: 31** | Creditor Name: Wilber Pridgen<br>2005 Wynfield Dr<br>Prattville, AL 36067 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
| Claim Date: 07/06/2004 | Amends Claim No: Amended By Claim No: | Duplicates Claim No: Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $12050.00 | |
| **Total** | **$12050.00** | |

Description:
Remarks:

| | | |
|---|---|---|
| **Claim No: 32** | Creditor Name: JOHN CROOK<br>5194 Blue Hill Road<br>Ft. Deposit, AL 36032 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
| Claim Date: 07/06/2004 | Amends Claim No: Amended By Claim No: | Duplicates Claim No: Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $9000.00 | |

| Total | $9000.00 | |
|---|---|---|
| Description: | | |
| Remarks: | | |

| Claim No: **33** | Creditor Name: Arthur McTherne<br>4262 Hwy 90<br>Des Allemands, LA 70030 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>07/16/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $50000.00 | |
| Total | $50000.00 | |
| Description: | | |
| Remarks: | | |

| Claim No: **34** | Creditor Name: The Flooring Center<br>67 Penser Blvd.<br>Millbrook, AL 36054 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>08/30/2004 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| Class | Amount Claimed | Amount Allowed |
| Unsecured | $39296.71 | |
| Total | $39296.71 | |
| Description: 1398 | | |
| Remarks: Amends a previously filed claim dated 08/18/04 | | |

## Claims Register Summary

**Case Name:** Edwin Rick Wood
**Case Number:** 2004-30579
**Chapter:** 7
**Date Filed:** 02/27/2004
**Total Number Of Claims:** 32

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $1289013.66 | |
| **Secured** | | |
| **Priority** | | |
| **Unknown** | | |
| **Administrative** | | |

|  | Total |  | $1289013.66 |  |  |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/10/2004 18:59:48 | | | |
| PACER Login: | dh0948 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 04-30579 Creditor Type: cr Filed or Entered From: 1/1/1985 Filed or Entered To: 10/12/2004 |
| Billable Pages: | 2 | Cost: | 0.14 |