# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTERN DIVISION

IN RE: EDWIN RICK WOOD, DEBTOR

| | | |
|---|---|---|
| SUSAN S. DEPAOLA, TRUSTEE, | § § | |
| PLAINTIFF, | § § | CHAPTER 7 |
| V. | § § | CASE NUMBER: 04-30579 |
| | § § | ADVERSARY PROCEEDING |
| PELHAM HENRY, | § § | NO. 04-03037 |
| DEFENDANT. | § § | |

## DEFENDANT'S RESPONSE TO TRUSTEE'S
## MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant in the above-styled cause, Pelham Henry, by and through counsel, and files herewith this Honorable Court his Response to the Trustee's Motion for Summary Judgment and in support thereof shows unto the Court the following:

1. That the Defendant cannot, in good faith, present an argument to the Court in opposition to the Trustee's motion.

2. That the Trustee has correctly shown to the Court that there were preferential transfers to the Defendant totaling $35,500.00. Further, the Trustee admits that said transfers were followed by an extension of new value by the Defendant in the amount of $15,000.00. Therefore, pursuant to 11 U.S.C §547(c)(1), the Trustee can only avoid $20,500.00 worth of those preferential transfers made to the Defendant.

Respectfully submitted this the 25th day of January, 2005.

_____
RICHARD D. LIVELY (LIV012)
Attorney for Defendant Pelham Henry

**OF COUNSEL:**
**LAW OFFICE OF RICHARD D. LIVELY**
364 East Main Street
Prattville, Alabama 36067
Telephone: (334) 491-4911
Facsimile: (334) 491-4922

Certificate of Service

I herby certify that I have this the 25th day of January, 2005, served a copy upon the Plaintiff, Honorable Susan S. DePaola, Trustee, by and through her counsel of record, Honorable Daniel G. Hamm, 235 South McDonough Street, Montgomery, Alabama 36104, by ECF and by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed.

_____
OF COUNSEL