UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 04-30579-WRS |
| | Chapter 7 |
| EDWIN RICK WOOD, | |
| Debtor | |
| SUSAN SHIROCK DEPAOLA, TRUSTEE, | |
| Plaintiff | Adv. Pro. No. 04-3037-WRS |
| v. | |
| PELHAM HENRY, | |
| Defendant | |

**JUDGMENT**

Pursuant to the Motion for Summary Judgment filed by the Trustee (Doc. 17), which has not be controverted by the Defendant (Doc. 25), judgment is entered in favor of the Plaintiff and against the Defendant in the amount of $50,500.00.

Done this 21st day of April, 2005.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Leonard N. Math, Attorney for Plaintiff
Richard D. Lively, Attorney for Defendant