# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| PELHAM HENRY, | § | |
| | § | |
| APPELLANT, | § | |
| | § | |
| V. | § | Case Number: 2:05-CV-483 |
| | § | |
| SUSAN S. DEPAOLA, TRUSTEE, | § | |
| | § | |
| APPELLEE. | § | |

## MOTION TO DISMISS APPEAL

COMES NOW the Appellant in the above-styled cause, Pelham Henry, by and through counsel, and files herewith this Honorable Court this Motion to Dismiss Appeal and in support thereof shows unto the Court the following:

1. That the parties hereto have amicably resolved the matter in controversy and the issues pending before the Court are now moot.

2. That the United States Bankruptcy Court for the Middle District of Alabama has also approved the settlement between the parties. A copy of the Bankruptcy Court's order is attached hereto as Exhibit "A".

WHEREFORE, THE PREMISES CONSIDERED, the Appellant respectfully requests this Court to enter an Order dismissing this appeal, with prejudice.

Respectfully submitted this the 3rd day of November, 2005.

*/s/ Richard Lively*
_____
RICHARD D. LIVELY (LIV012)
Attorney for the Appellant

**OF COUNSEL:**
**LAW OFFICE OF RICHARD D. LIVELY**
364 East Main Street
Prattville, Alabama 36067
Telephone: (334) 491-4911
Facsimile: (334) 491-4922

## Certificate of Service

I herby certify that I have this the 3rd day of November, 2005, served a copy upon the Appellee, by and through her counsel of record, Honorable Leonard Math, Post Office Box 230759, Montgomery, AL 36123, by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed.

*/s/ Richard Lively*
_____
OF COUNSEL

# UNITED STATES BANKRUPTCY COURT

## Middle District of Alabama

In re:  
**Edwin Rick Wood**  
   Debtor

Case No.: 04-30579  
Chapter: 7

### ORDER

This case is before the court on the following matter:

*Order Granting Rule 9007-1 Motion to Approve Settlement. (Related Doc # [195]) Entered On 10/26/2005. (BL, )*

It appears that notice has been given pursuant to LBR 9007-1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated: 10/26/05

William R. Sawyer  
United States Bankruptcy Judge

