IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PELHAM HENRY, | ) |
| | ) |
|     Appellant, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 2:05cv483-A |
| | ) |
| SUSAN S. DEPAOLA, Trustee, | ) |
| | ) |
|     Appellee. | ) |

## **ORDER**

Upon consideration of the Motion to Dismiss Appeal (Doc. #5), filed on November 3, 2005, and for good cause shown, it is hereby

ORDERED that this appeal is DISMISSED with prejudice, costs taxed as paid.

DONE this 14th day of November, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE